IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ALLEN POLK**                                                                                    **PETITIONER**

**v.**                              **NO. 4:24-cv-00135-KGB-PSH**

**DEXTER PAYNE**                                                                                **RESPONDENT**

## ORDER

Petitioner Allen Polk ("Polk") began this case by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. 2254. In the petition, he maintains that he has been illegally denied parole. Respondent Dexter Payne ("Payne") has now filed a response to the petition. In the response, Payne maintains that the petition should be dismissed because Polk "has no federally protected right to be released on parole ..." See Docket Entry 7 at CM/ECF 7. Before giving serious consideration to Payne's assertion, the Court accords Polk an opportunity to file a reply. In the reply, Polk should explain why his petition should not be dismissed for the reason advanced by Payne. Polk is given up to, and including, May 10, 2024, to file a reply.

IT IS SO ORDERED this 10th day of April, 2024.

_____
UNITED STATES MAGISTRATE JUDGE