IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ALLEN POLK**                                                                                                             **PETITIONER**

v.                                       Case No. 4:24-cv-00135 KGB

**DEXTER PAYNE**                                                                                                       **RESPONDENT**

**ORDER**

    Before the Court is the Recommended Disposition ("Recommendation") of United States Magistrate Judge Patricia S. Harris (Dkt. No. 10). Petitioner Allen Polk objected to the Recommendation and provided a supplement to his objections (Dkt. Nos. 11, 12). The Court has reviewed the Recommendation, the objections, and the record *de novo*, the Court adopts the Recommendation as the Court's findings of fact and conclusions of law in all respects (Dkt. No. 10).

    Polk's objections largely repeat the allegations made in the petition for writ of *habeas corpus* and do not break new ground. Parole is within the discretion of the Board, and release may be subject to conditions. Polk's claimed circumstances as a short-term offender does not alter this analysis. Even for those offenders, parole remains within the discretion of the Board. Further, there is no authority cited or about which the Court is aware that supports Polk's proposition that conditioning release upon the completion of a substance abuse program is a constitutional violation. The Court dismisses, without prejudice, Polk's petition for writ of *habeas corpus*, denies any requested relief, and judgment is entered for defendant Dexter Payne. The Court declines to issue a certificate of appealability because Polk has not made a showing of a denial of a constitutional right.

It is so ordered this 13th day of January, 2026.

                                                  Kristine G. Baker
                                                  Chief United States District Judge